**(100 South. 247)**

**Nos. 26419–26422.**

George G. METZGER v. Dr. Thos. STARK, Tax Collector, et al. LOUISIANA LAND & PLANTING CO. v. SAME. WISNER ESTATE, Inc., v. SAME. DELTA SECURITIES CO., Inc., v. SAME.

(April 28, 1924.)

Appeal from Twentieth Judicial District Court, Parish of Lafourche; H. M. Wallis, Jr., Judge.

Harris Gagne, of Houma, for appellants.
Milling, Godchaux, Saal & Milling, of New Orleans, for appellees.

By the WHOLE COURT.

LECHE, J The above entitled and numbered four cases were consolidated with that of the Dominion Land Co. v. Dr. Thomas Stark, Tax Collector, et al. (No. 26415) ante, p. 124, 100 South. 244, this day decided.

They involve the same issue, and for the reasons stated in No. 26415, the judgments therein appealed from are affirmed.